IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANA QUINTANA,<br><br>               Plaintiff,<br><br>v.<br><br>B. BRAUN MEDICAL INC. AND<br>B. BRAUN INTERVENTIONAL<br>SYSTEMS INC.,<br><br>               Defendants. | Case No. 1:17-cv-06614 (ALC)<br><br><br>**Oral Argument Requested** |

## NOTICE OF DEFENDANTS' MOTION
## TO DISMISS THE COMPLAINT

**PLEASE TAKE NOTICE** that, upon the Memorandum of Law in Support of Defendants' Motion to Dismiss Plaintiff's Complaint and all prior papers and proceedings herein, Defendants B. Braun Medical Inc. and B. Braun Interventional Systems Inc., by their attorneys, Greenberg Traurig, LLP, will move this Court, before the Honorable Andrew L. Carter Jr., United States District Judge, 40 Foley Square, Room 1306, New York, New York 10007, for an Order granting Defendants' Motion to Dismiss pursuant to Fed. R. Civ. P. 8(a), 9(b) and 12(b)(6), granting such other and further relief as this Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the briefing schedule endorsed by the Court, Plaintiff's answering papers, if any, must be filed and served on or before January 8, 2018; and Defendants' reply papers, if any, must be filed and served by January 22, 2018.

**PLEASE TAKE FURTHER NOTICE** that Defendants respectfully request oral argument on the issues raised in this submission.

Dated: New York, New York
December 11, 2017

**GREENBERG TRAURIG, LLP**

/s/ Daniel Smulian
Daniel I.A. Smulian
The MetLife Building
200 Park Avenue
New York, New York 10166
(212) 801-9200 (*telephone*)
SmulianD@gtlaw.com

**Of Counsel:**

Lori G. Cohen (*pro hac vice* to be filed)
Sean Jessee (*pro hac vice* to be filed)
GREENBERG TRAURIG, LLP
Terminus 200
3333 Piedmont Road N.E., Suite 2500
Atlanta, Georgia 30305
(678) 553-2100 (*telephone*)
CohenL@gtlaw.com
JesseeS@gtlaw.com

*Attorneys for Defendants B. Braun Medical Inc.
and B. Braun Interventional Systems Inc.*